|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARILLAS GERSON, | ) Case No. CV 13-784 GW(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition and all documents submitted in conjunction therewith, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that, as the Petition fails to name a proper respondent and is "mixed," and as petitioner has not timely filed a First Amended Petition for Writ of Habeas Corpus naming a proper respondent, omitting his unexhausted claims, and containing only his exhausted claim, the Motion to Dismiss is granted, the Petition and this action are dismissed without prejudice and Judgment is to be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment and the Report and Recommendation on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: December 18, 2013

_____

HONORABLE GEORGE H. WU

UNITED STATES DISTRICT JUDGE