UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARILLAS GERSON, | ) Case No. CV 13-784 GW(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: December 18, 2013

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE